UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

| | |
|---|---|
| FOOD MANAGEMENT GROUP, LLC, | Chapter 11 |
| KMA I, Inc., | Case No. 04-22880-ash |
| KMA II, Inc., | Case No. 04-22890-ash |
| KMA III, Inc., | Case No. 04-22891-ash |
| BRONX DONUT BAKERY, INC., | Case No. 04-22892-ash |
| | Case No. 04-20312-ash |
| | (Jointly Administered) |

             Debtors.
-------------------------------------------------------------x
JANICE GRUBIN, in her capacity as Chapter 11
Trustee for Debtor FOOD MANAGEMENT       Adv. Pro. No. 07-8221-mg
GROUP, LLC, KMA I, Inc., KMA II, Inc., and
BRONX DONUT BAKERY, INC.,

             Plaintiff,

 -against-

ROBERT L. RATTET;
JONATHAN S. PASTERNAK; RATTET
PASTERNAK & GORDON OLIVER, LLP,

             Defendants.
-------------------------------------------------------------x

## NOTICE OF APPEAL

  MATRIX REALTY GROUP, INC., the proposed intervenor herein, ("Matrix"), by and through its counsel, The Law Offices of Avrum J. Rosen, PLLC, hereby appeals to the United States District Court for the Southern District of New York from the Order (the "Order") which denied the proposed intervenor's motion to intervene, *sua sponte*, which was entered by the United States Bankruptcy Court for the Southern District of New York on April 7, 2008. A copy of the Order is annexed hereto as Exhibit "A".

  Matrix appeals from so much of the Order that denied its motion to permissively intervene in this pending adversary proceeding and finding that in the Court's exercise of its discretion,

intervention in this case will unduly delay or prejudice the rights of the original parties.

In accordance with Local Civil Rule 83.8 of the United States District Court for the Southern District of New York and Rule 8001(a) of the Federal Rules of Bankruptcy Procedure, the names of the parties to the Order appealed from and the name, addresses, and telephone numbers of their respective attorneys are listed below.

**PARTIES IN INTEREST**

For     Janice Grubin (Trustee/Plaintiff)
        Warren Von Credo Baker, Esq.
        Drinker Biddle & Reath LLP
        191 N. Wacker Drive
        Suite 3700
        Chicago, IL 60606-1698
        312 569-1000

For     Robert L. Rattet, Esq.
        Jonathan S. Pasternak, Esq.
        Rattt, Pasternak & Gordon Oliver, LLP
        Gil M. Googler
        White Fleischner & Fino, LLP
        140 Broadway
        36th Floor
        New York, New York 10005
        212 487-9700
           -and-
        John Collen, Esq.
        Quarles & Brady, LLC
        Citicorp Center
        500 West Madison Street, Ste 3700
        Chicago, IL 60661

For     Matrix Realty Group, Inc.
        The Law Offices of Avrum J. Rosen, PLLC
        38 New Street
        Huntington, New York 11743
        631 423 8527

Dated: Huntington, New York
       April 17, 2008

                The Law Offices of Avrum J. Rosen, PLLC
                Attorneys for Matrix Realty Group, Inc.

BY:    S/Avrum J. Rosen
        Avrum J. Rosen (AJR4016)
        Fred S. Kantrow (FK3499)
        38 New Street
        Huntington, New York 11743
        (631) 423-8527
        ajrlaw@aol.com