**DRINKER BIDDLE & REATH LLP**
Warren von Credo Baker (WB 1100)
David S. Almeida (DA 8341)
191 North Wacker Drive, Suite 3700
Chicago, Illinois  60606-1698
(312) 569-1000

*Counsel to Janice Grubin, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| FOOD MANAGEMENT GROUP, LLC, | Case No. 04-22880 (ASH) |
| KMA I, Inc., | Case No. 04-22890 (ASH) |
| KMA II, Inc., | Case No. 04-22891 (ASH) |
| KMA III, Inc., and | Case No. 04-22892 (ASH) |
| BRONX DONUT BAKERY, INC., | Case No. 04-20312 (ASH) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------x

JANICE B. GRUBIN, in her capacity
as Chapter 11 Trustee for Debtors
FOOD MANAGEMENT GROUP, LLC,
KMA I, Inc., KMA II, Inc., KMA III, Inc.,
and BRONX DONUT BAKERY, INC.,

        Plaintiff,

        v.                                    Adversary No. 07-A-08221 (MG)

ROBERT L. RATTET; JONATHAN S.
PASTERNAK; RATTET, PASTERNAK
& GORDON OLIVER, LLP, *et al.*

        Defendants.

---------------------------------------------------------x

**APPELLEE CHAPTER 11 TRUSTEE'S DESIGNATION OF ADDITIONAL ITEM TO
BE INCLUDED IN THE RECORD ON APPEAL**

      Appellee Janice B. Grubin, the duly appointed and acting Chapter 11 Trustee (the "Trustee") of Food Management Group, LLC, KMA I, Inc., KMA II, Inc., KMA III, Inc., and Bronx Donut Bakery, Inc. (collectively, the "Debtors"), by and through her attorneys and

pursuant to Federal Rule of Bankruptcy Procedure 8006, respectfully submits the following Designation of Additional Item to be included in the Record on Appeal:

1. On April 25, 2008, Matrix Realty Group, Inc.'s ("Matrix") filed its Notice of Designation of Issues and Record on Appeal with respect to its appeal of the Bankruptcy Court's April 7, 2008 Order (D.I. #91) denying Matrix's Motion to Intervene Pursuant to Federal Rule of Civil Procedure 24 and Federal Rule of Bankruptcy Procedure 7024. (D.I. #79.)

2. The Trustee designates the following pleading to be included as part of the record on appeal:

> Reply Memorandum of Law (I) in Further Support of the Chapter 11 Trustee's Position That This Adversary Proceeding Is a "Core" Proceeding Pursuant to 28 U.S.C. § 157(b)(2)(A), and (II) Further Explaining Why the Rattet Defendants Are Not Entitled to a Jury Trial. (D.I. #85).

Dated: Chicago, Illinois
       May 8, 2008

                                                Respectfully submitted,

                                                **DRINKER BIDDLE & REATH LLP**

                                                /s/ Warren von Credo Baker

                                                Warren von Credo Baker (WB 1100)
                                                David S. Almeida (DA 8341)
                                                191 N. Wacker Drive, Suite 3700
                                                Chicago, Illinois 60606-1698
                                                (312) 569-1000

*Counsel for Appellee Janice B. Grubin, Chapter 11 Trustee for Food Management Group, LLC, KMA I, Inc., KMA II, Inc., KMA III, Inc., and Bronx Donut Bakery, Inc.*

NY01/ 6010460