USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

FOOD MANAGEMENT GROUP, LLC, et al.

MATRIX REALTY GROUP, INC.,

    Appellant,

v.

JANICE B. GRUBIN, in her capacity
as Chapter 11 Trustee for Debtors
FOOD MANAGEMENT GROUP, LLC,
KMA I, INC., KMA II, INC., KMA III, INC.,
and BRONX DONUT BAKERY, INC.,
ROBERT L. RATTET, JONATHAN S.
PASTERNAK, RATTET PASTERNAK &
GORDON OLIVER LLP,

    Appellees.

Chapter 11

Case No. 04-22880 (ASH)

(Jointly Administered)

Civil Case: 08-cv-04514-WHP

On Appeal from the United States
Bankruptcy Court for the Southern District
of New York, Case No. 07-A-08221-MG

### AGREED STIPULATION TO EXTEND TIME FOR
### APPELLEE JANICE B. GRUBIN, CHAPTER 11 TRUSTEE, TO FILE BRIEF

WHEREAS, Appellant Matrix Realty Group, Inc. ("Matrix") filed its brief in the above-captioned adversary proceeding on June 4, 2008;

WHEREAS, the Court originally set June 23, 2008 as the date by which Appellee Janice B. Grubin, the duly appointed Chapter 11 Trustee of Food Management Group, LLC, KMA I, Inc., KMA II, Inc., KMA III, Inc., and Bronx Donut Bakery, Inc. (the "Chapter 11 Trustee"), was to file her brief (D.I. #4);

WHEREAS, the parties have come to an agreement that the Chapter 11 Trustee shall have until July 7, 2008, to file her brief;

WHEREAS, no prior request for an extension of time with respect to the filing of her brief has been made by the Chapter 11 Trustee;

WHEREAS, the request for an extension of time is not sought for the purpose of delay;

NOW, WHEREFORE, it is hereby stipulated, consented to and agreed, by and among the parties, through their respective counsel, as follows:

1. Appellee Chapter 11 Trustee shall have until July 7, 2008 to file and serve her brief; and

2. Appellant Matrix's reply brief shall be filed and served no later than July 17, 2008, in accordance with Rule 8009(a)(3) of the Federal Rules of Bankruptcy Procedure.

Dated: Chicago, Illinois
June 17, 2008

DRINKER BIDDLE & REATH LLP

By: _____
Warren von Credo Baker (WB-1100)
David S. Almeida (DA-8341)
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698
Tel: 312-569-1000

*Attorneys for Appellee Janice B. Grubin, as Chapter 11 Trustee*

Dated: Huntington, New York
June 17, 2008

LAW OFFICES OF AVRUM J. ROSEN

By: _____
Avrum J. Rosen (AJR-4016)
38 New Street
Huntington, New York 11743
Tel: 631-423-8527

*Attorneys for Appellant Matrix Realty Group, Inc.*

The Court will hold oral argument on September 5, 2008 at 9:45 a.m.

SO ORDERED

Dated: New York, New York
June 26, 2008

_____
HONORABLE WILLIAM H. PAULEY,
UNITED STATES DISTRICT COURT JUDGE