AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     New York

Matrix Realty Group, Inc.,

      Appellant,

  v.

Janice B. Grubin, Chapter 11 Trustee, et al.,

      Appellees.

**APPEARANCE**

Case Number: 08-cv-04514-WHP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Janice B. Grubin, Chapter 11 Trustee for Food Management Group, LLC, KMA I, Inc., KMA II, Inc., KMA III, Inc., and Bronx Donut Bakery, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/8/2008 | *[signature]* |
| Date | Signature |
| | David S. Almeida / DS 8341 |
| | Print Name / Bar Number |
| | 191 North Wacker Drive, Suite 3700 |
| | Address |
| | Chicago / Illinois / 60606-1698 |
| | City / State / Zip Code |
| | (312) 569-1426 / (312) 569-3426 |
| | Phone Number / Fax Number |