**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | Chapter 11 |
| FOOD MANAGEMENT GROUP, LLC, *et al.* | Case No. 04-22880 (ASH) |
| | (Jointly Administered) |

| | |
|---|---|
| MATRIX REALTY GROUP, INC., | |
|         Appellant, | |
|      v. | Civil Case: 08-cv-04514-WHP |
| JANICE B. GRUBIN, in her capacity as Chapter 11 Trustee for Debtors FOOD MANAGEMENT GROUP, LLC, KMA I , INC., KMA II, INC., KMA III, INC., and BRONX DONUT BAKERY, INC., ROBERT L. RATTET, JONATHAN S. PASTERNAK, RATTET PASTERNAK & GORDON-OLIVER LLP, | On Appeal from the United States Bankruptcy Court for the Southern District of New York, Case No. 07-A-08221-MG |
|         Appellees. | |

<u>**AFFIDAVIT OF SERVICE**</u>

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss.: |
| COUNTY OF COOK | ) |

I, **Daniel Northrop**, having been duly sworn according to law, depose, and say:

1.      The Affiant is not a party to the action, is over 18 years of age, and is a paralegal with the law firm of Drinker Biddle & Reath LLP, 191 N. Wacker Drive, Suite 3700, Chicago, Illinois 60606.

2.      On July 7, 2008, I caused a true and correct copy of the BRIEF OF APPELLEE JANICE B. GRUBIN, CHAPTER 11 TRUSTEE, IN SUPPORT OF DENIAL OF APPEAL BY

MATRIX REALTY GROUP, INC. to be served on the parties on the attached service list by the means indicated therein.

_/s/ Daniel Northrop_____
**Daniel Northrop**

Sworn to before me this 7th
day of July 2008.

_/s/ Mary Beth Jasek_____
Notary Public
My commission expires: 2/03/10

## SERVICE LIST

Avrum J. Rosen, Esq.
Law Offices of Avrum J. Rosen
38 New Street
Huntington, New York 11743
**VIA E-MAIL AND FIRST CLASS U.S.
MAIL**

Gil M. Coogler, Esq.
Benjamin A. Fleischner, Esq.
White Fleischner & Fino LLP
61 Broadway, 18th Floor
New York, New York 10006
**VIA E-MAIL**

John Collen, Esq.
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661-2511
**VIA E-MAIL**

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Richard Morrissey, Esq.
**VIA FIRST CLASS U.S. MAIL**