UNITED STATES DISTRICT COURT                    AJR4016
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

      FOOD MANAGEMENT GROUP, LLC,                    Chapter 11
                                     Case No.: 04-22880

                  Debtor.
-------------------------------------------------------------X

MATRIX REALTY GROUP, INC.,

                  Appellant,

      -against-                    Civ. Case No.: 08-cv-04514-whp

JANICE B. GRUBIN, in her capacity
as Chapter 11 Trustee for Debtors
FOOD MANAGEMENT GROUP, LLC,
KMA I, Inc., KMA II, Inc., KMA III, Inc.,
and BRONX DONUT BAKERY, INC.,
ROBERT L. RATTET, JONATHAN S.
PASTERNAK; RATTET, PASTERNAK
& GORDON OLIVER, LLP, et al.

                  Appellees.
-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF SUFFOLK    )

      Amy Meachum, , being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides at Bay Shore, New York;

      On the 17th day of July, 2008, deponent served a **REPLY BRIEF FOR THE APPELLANT,** via regular mail to  the referenced persons listed below, by depositing a copy of same in a post-paid wrapper, each addressed as shown below, in a specifically designated depository box under the exclusive care and custody of United States Postal  Service  within the State of New York:

John Collen
Duane Morris & Heckscher LLP
227 W Monroe St Ste 3400
Chicago IL 60606-5098

Gil M. Coogler, Esq.
White Fleischer & Fino, LLP
140 Broadway, 36th Fl.
New York, New York 10005

Warren Von Credo Baker
Drinker Biddle & Reath LLP
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606-1698

Office of the United States Trustee
33 Whitehall Street
New York, New York 10004

s/Amy Meachum
Amy Meachum

Sworn to before me this
17th  day of July, 2008

s/ Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qual. in Suffolk County
Comm. Exp. Sept. 8, 2010

H:\M\matrix\intervention motion\aos. 7.17.08.wpd