UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re*<br><br>FOOD MANAGEMENT GROUP, LLC, *et al.*<br><br>---<br><br>MATRIX REALTY GROUP, INC.,<br><br>                      Appellant,<br><br>            - against -<br><br>JANICE B. GRUBIN, in her capacity as Chapter 11 Trustee for Debtors FOOD MANAGEMENT GROUP, LLC, KMA I, INC., KMA II, INC., KMA III, INC., and BRONX DONUT BAKERY, INC., ROBERT L. RATTET, JONATHAN S. PASTERNAK, RATTET PASTERNAK & GORDON-OLIVER LLP,<br><br>                      Appellees. | Chapter 11<br><br>Case No. 04-22880 (ASH)<br><br>(Jointly Administered)<br><br>Civil Case: 08-cv-04514-WHP<br><br>On Appeal from the United States Bankruptcy Court for the Southern District of New York, Case No. 07-A-08221-MG<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David S. Almeida, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | WARREN VON CREDO BAKER |
| Firm Name: | DRINKER BIDDLE & REATH LLP |
| Address: | 191 NORTH WACKER DRIVE |
| City/State/Zip: | CHICAGO, ILLINOIS 60606-1698 |
| Phone Number: | (312) 569-1350 |
| Fax Number: | (312) 569-3350 |

WARREN VON CREDO BAKER is a member in good standing of the Bar of the State of Illinois.

There is no pending disciplinary proceeding against WARREN VON CREDO BAKER in any State or Federal Court.

CH01/ 25211909.1

Dated: August 21, 2008
       Chicago, Illinois

Respectfully submitted,

By: _____

David S. Almeida
Drinker Biddle & Reath LLP
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698
Telephone: (312) 569-1426
Facsimile: (312) 569-3426

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Warren von Credo Baker

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 1975 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, August 20, 2008.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* <br><br> FOOD MANAGEMENT GROUP, LLC, *et al.* | Chapter 11 <br><br> Case No. 04-22880 (ASH) <br><br> (Jointly Administered) |
| MATRIX REALTY GROUP, INC., <br><br> Appellant, <br><br> - against - <br><br> JANICE B. GRUBIN, in her capacity as Chapter 11 Trustee for Debtors FOOD MANAGEMENT GROUP, LLC, KMA I , INC., KMA II, INC., KMA III, INC., and BRONX DONUT BAKERY, INC., ROBERT L. RATTET, JONATHAN S. PASTERNAK, RATTET PASTERNAK & GORDON-OLIVER LLP, <br><br> Appellees. | Civil Case: 08-cv-04514-WHP <br><br> On Appeal from the United States Bankruptcy Court for the Southern District of New York, Case No. 07-A-08221-MG <br><br> **AFFIDAVIT OF <br> DAVID S. ALMEIDA <br> IN SUPPORT OF MOTION <br> TO ADMIT COUNSEL <br> PRO HAC VICE** |

STATE OF ILLINOIS      )
                       ) ss.:
COUNTY OF COOK         )

David S. Almeida, being duly sworn, hereby deposes and says as follows:

1. I am an associate in the law firm of Drinker Biddle & Reath, LLP, counsel for Appellee, Janice B. Grubin, as Chapter 11 Trustee, in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Appellee's motion to admit Warren von Credo Baker as counsel pro hac vice to represent Appellee in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice in March of 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Warren von Credo Baker since April of 2005.

4. Mr. Baker is a partner in the law firm of Drinker Biddle & Reath LLP.

CH01/ 25211909.1

5. I have found Mr. Baker to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Warren von Credo Baker, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Warren von Credo Baker, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Warren von Credo Baker, pro hac vice, to represent Appellee in the above captioned matter, be granted.

Dated: August 21, 2008
       Chicago, Illinois

Respectfully submitted,

_____
David S. Almeida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re*<br><br>FOOD MANAGEMENT GROUP, LLC, *et al.* | Chapter 11<br><br>Case No. 04-22880 (ASH)<br><br>(Jointly Administered) |
| MATRIX REALTY GROUP, INC.,<br><br>Appellant,<br><br>- against -<br><br>JANICE B. GRUBIN, in her capacity as Chapter 11 Trustee for Debtors FOOD MANAGEMENT GROUP, LLC, KMA I, INC., KMA II, INC., KMA III, INC., and BRONX DONUT BAKERY, INC., ROBERT L. RATTET, JONATHAN S. PASTERNAK, RATTET PASTERNAK & GORDON-OLIVER LLP,<br><br>Appellees. | Civil Case: 08-cv-04514-WHP<br><br>On Appeal from the United States Bankruptcy Court for the Southern District of New York, Case No. 07-A-08221-MG<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION** |

Upon the motion of David S. Almeida, attorney for Janice B. Grubin, Chapter 11 Trustee for Debtors Food Management Group, LLC, KMA I, Inc., KMA II, Inc., KMA III, Inc., and Bronx Donut Bakery, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> WARREN VON CREDO BAKER
> DRINKER BIDDLE & REATH LLP
> 191 NORTH WACKER DRIVE, SUITE 3700
> CHICAGO, ILLINOIS 60606-1698
> (312) 569-1350
> (312) 569-3350

is admitted to practice pro hac vice as counsel for Appellee Janice B. Grubin, Chapter 11 Trustee, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

CH01/ 25211909.1

Case 1:08-cv-04514-WHP    Document 12    Filed 08/22/2008    Page 7 of 8


nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
      August __, 2008

                                            _____
                                            United States District Judge

Case 1:08-cv-04514-WHP    Document 12    Filed 08/22/2008    Page 7 of 8

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused to be served via U.S. Mail, postage prepaid, a true and correct copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* for Warren von Credo Baker, Affidavit of David S. Almeida in Support of Motion to Admit Counsel Pro Hac Vice and proposed Order for Admission Pro Hac Vice on Written Motion this 21st day of August 2008, on the following party:

Avrum J. Rosen, Esq.
Law Offices of Avrum J. Rosen
38 New Street
Huntington, New York 11743

_____
David S. Almeida

CH01/ 25211909.1