UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MATRIX REALTY GROUP, INC.,                :

                Appellant,       :       08 Civ. 4514 (WHP)

                -against-          :       ORDER GRANTING
                                           ADMISSION PRO HAC VICE

JANICE B. GRUBIN, in her capacity as      :
Chapter 11 Trustee for Debtors FOOD
MANAGEMENT GROUP, LLC, KMA I, INC.,       :
KMA II, INC., KMA III, INC., and BRONX
DONUT BAKERY, INC. et al,                 :

                Appellees.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       Having reviewed the Notice of Motion and the Affidavit of David S. Almeida, Esq. in support of admitting Warren Von Credo Baker, Esq. to appear pro hac vice, it is hereby ORDERED that Mr. Baker be admitted to this Court pro hac vice to represent Appellee Janice B. Grubin in the above-captioned action.

       The attorney admitted pro hac vice must serve a copy of this Order on all other parties who have appeared in this action.

Dated:    September 2, 2008
           New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.