UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* | Chapter 11 |
| FOOD MANAGEMENT GROUP, LLC, *et al.* | Case No. 04-22880 (ASH) |
| | (Jointly Administered) |
| MATRIX REALTY GROUP, INC., | |
| Appellant, | |
| v. | Civil Case: 08-cv-04514-WHP |
| JANICE B. GRUBIN, in her capacity as Chapter 11 Trustee for Debtors FOOD MANAGEMENT GROUP, LLC, KMA I , INC., KMA II, INC., KMA III, INC., and BRONX DONUT BAKERY, INC., ROBERT L. RATTET, JONATHAN S. PASTERNAK, RATTET PASTERNAK & GORDON-OLIVER LLP, | On Appeal from the United States Bankruptcy Court for the Southern District of New York, Case No. 07-A-08221-MG |
| Appellees. | |

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS            )
                             ) ss.:
COUNTY OF COOK               )

    I, **Daniel Northrop**, having been duly sworn according to law, depose, and say:

    1.    The Affiant is not a party to the action, is over 18 years of age, and is a paralegal with the law firm of Drinker Biddle & Reath LLP, 191 N. Wacker Drive, Suite 3700, Chicago, Illinois 60606.

    2.    On September 4, 2008, I caused a true and correct copy of the ORDER GRANTING ADMISSION PRO HAC VICE (Docket No. 13) to be served on the party on the attached service list via first class U.S. Mail.

     /s/ Daniel Northrop
    **Daniel Northrop**

Sworn to before me this 4th
day of September 2008.

_/s/ Mary Beth Jasek_____
Notary Public
My commission expires: 2/03/10

**SERVICE LIST**

Avrum J. Rosen, Esq.
Law Offices of Avrum J. Rosen
38 New Street
Huntington, New York 11743